IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr367

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| DANY OBED GUILLEN-MORALES | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a), to which the defendant consents. (Doc. No. 12). Also before the Court is the defendant's motion to dismiss for an alleged violation of the Speedy Trial Act. (Doc. No. 11).

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case without prejudice.

**IT IS FURTHER ORDERED** that the defendant's motion (Doc. No. 11) is denied as moot.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: June 6, 2007

Robert J. Conrad, Jr.
Chief United States District Judge